In the Matter of the Claim of Mrs. ALICE CLARK, Respondent, against BENJAMIN O. MOFFITT, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board which held that the employer was not entitled to a refund of moneys transferred to the Aggregate Trust Fund of the State Insurance Fund, after the death of a widow to whom an award had been made for death benefits. The application for a refund of the unpaid balance was denied on the ground that the employer had notice of the hearing for consideration of the payment of the award into the Aggregate Trust Fund, and did not appeal from the decision directing him to pay the money into such fund. It also appears that the employer failed to appeal from a decision finally made on his original application for a review of the award for death benefits. We think the decision of the Board was properly made and that the record sustains it. Decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of ANNA KRISTIANSON, Respondent, against RITA LEHMAN and MORTIMER LEHMAN and MARYLAND CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was a cook at the residence of employer. Sunday she was requested to obtain medicines from a drug store while on her way to work Monday morning. She slipped and fell upon the sidewalk while proceeding to the drug store from her home. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Crapser, J., dissents and votes to reverse the award and dismiss the claim on the grounds: *first*, that claimant was paid her wages by her employer; *second*, that the claimant at the time of the fall on Fifty-eighth street at Third avenue was following the usual route up to that point that she used every morning and had not reached the point where she deviated to go upon the errand at the drug store.

In the Matter of the Claim of GEORGE FAYETTE, Respondent, against BRUSH STUDIO & ART SHOP and AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law. It is not seriously disputed that claimant became disabled from lead poisoning, an occupational disease. (Workmen's Comp. Law, § 3, subd. 2.) The evidence amply supports the finding of the State Industrial Board that claimant contracted lead poisoning in the course of and by reason of his employment. The award should be affirmed. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.